IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| CONSWELLO MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 125-004 |
| | ) |
| BENJAMIN SMITH and L&B3 TRUCKING LLC, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **REMANDS** this case to the State Court of Richmond County, State of Georgia, case number 2024RCSC00898, for lack of subject-matter jurisdiction, and **CLOSES** this civil action.

SO ORDERED this 12th day of February, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA