AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CONSWELLO MOORE,

           Plaintiff,

                      JUDGMENT IN A CIVIL CASE

           V.                      CASE NUMBER:   CV 125-004

BENJAMIN SMITH and L&B3 TRUCKING, LLC,

           Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's February 12, 2025 Order adopting the Magistrate Judge's Report and Recommendation and remanding this case to the State Court of Richmond County, this case stands closed.



2/12/2025                                             John E. Triplett, Clerk of Court
*Date*                                                  *Clerk*

                                                               (By) Deputy Clerk

GAS Rev 10/2020